82,435-01

Fr: Felix Deleon                                    April 27, 2015
    T.D.C.J.-ID#01731553
    Gib Lewis Unit
    777 FM 3497
    Woodville, Texas 75990

To: Susan Hughes, District Clerk
    Cooke County Courthouse
    101 S.Dixon, Room 207
    Gainesville, Texas 76240

RE: Filing of Motion for Evidentiary Hearing and Request Bench Warrant
    for Attendance.

Dear Mrs Hughes,

         Enclosed you will find my pro se Motion for Evidentiary Hearing and Request Bench Warrant for Attendance. Please file the above said document with the trial court, the 235th District Court.

    Please date-stamp this letter and return it to me at the above provided address.

    I also request notification of the Court's ruling on my filed motion.

                              Respectfully requested,

                              Felix Deleon, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

NO. WR-82,435-01

| | | |
|---|---|---|
| EX PARTE FELIX DELEON, Pro Se Applicant | § § § | IN THE DISTRICT COURT |
| VS | § § | OF COOKE COUNTY, TEXAS |
| THE STATE OF TEXAS | § | 235th JUDICIAL DISTRICT |

## MOTION FOR EVIDENTIARY HEARING AND

## BENCH WARRANT FOR ATTENDANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW; Felix Deleon , Pro Se Applicant, in the above numbered writ of habeas corpus, and humbly ask this honorable Court to construe this pro se document liberally. See Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed 652 (1972). (pro se complaint held to less strigent standards than formal papers drafted by lawyers) Applicant moves this court to order Applicant bench warranted back for attendance of evidentiary hearing. In support of this Motion Applicant would show the following:

### I.

The Applicant in the above numbered writ of habeas corpus is presently illegally confined in the Texas Department of Criminal Justice Institutional Division (TDCJ-ID), under a conviction for voluntary manslaughter. Applicant was sentenced to a term of 20 years imprisonment.

### II.

THE COURT OF CRIMINAL APPEALS OF TEXAS issued an ORDER to this Court as the appropiate forum for findings of fact by any means set out in TEX. CODE CRIM. PROC. art. 11.07, § 3(d). This Court can elect to hold an evidentiary hearing.

END OF PAGE 01 - PAGE 02 TO FOLLOW

Applicant request this Court hold an evidentiary hearing, so that I may give my testimony because not all the evidence will be found in the trial record. Applicant has established a "colorable" claim, alleging specific facts which, if true, would entitle me to relief. I am requesting the oppurtunity to develop the facts in state court. Contorverted "facts" found by the state court while denying a request for an evidentiary hearing necessarily resulted from an "unreasonable determinations" of the facts, and hence are not entitled to any presumption of correctness. "Where a state court makes evidentiary findings without holding a hearing and giving the petitioner an oppurtunity to present evidence, such findings clearly result in an 'unreasonable determination' of the facts." Taylor v. Maddox, 366 F.3d 992, 1001 (9th.Cir.2004). Applicant urges an evidentiary hearing be conducted and I be afforded the oppurtunity to attend and present evidence on my behalf, so that justice may be done and that Applicant be accorded due process and due course of law as respectively guaranteed by the Federal and Texas Constitutions.

### III.

The Warden of the Gib Lewis Unit, TDCJ-ID will release the Applicant into the custody of the authorities of  Cooke  County upon issuance of a bench warrant with the agreement and understanding that after the Applicant has been acorded a evidentiary in this writ of habeas corpus, the applicant will be returned by by the authorities of  Cooke  County into the custody of TDCJ-ID where applicant now stands duly committed by law.

### CONCLUSION

END OF PAGE 02 - PAGE 03 TO FOLLOW

WHEREFORE , PREMISES CONSIDERED, the applicant urges that this Court, wherein the above captioned writ of habeas corpus is pending, issue an order in the nature of holding a evidentiary hearing and issuing a bench warrant directing the prosecuting Officials of Cooke County to produce the body of the said Applicantbefore this Court within 20 days from the filing of this Motion so that a Evidentiary Hearing and Bench Warrant may be accorded the Applicant in this Writ of Habeas Corpus.

Respectfully submitted

Felix Deleon, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2015, a true and correct copy of the above and foregoing Motion For Evidentiary Hearing and Request For Bench Warrant was sent by first class mail to the following:

1.) The Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austinn, Texas 78711

2.) Janice Warder, District Attorney
Cooke County, Texas

END OF PAGE 03 - PAGE 04 TO FOLLOW

NO. WR-82,435-01

EX PARTE FELIX DELEON,          §          IN THE DISTRICT COURT
Pro Se Applicant                §
                                §
VS                              §          OF COOKE COUNTY, TEXAS
                                §
                                §
THE STATE OF TEXAS              §          235th JUDICIAL DISTRICT

## ORDER

It is ORDERED, ADJUDGED AND DECREED THAT Applicant's MOTION FOR EVIDENTIARY HEARING AND REQUEST BENCH WARRANT FOR ATTENDANCE is hereby:

**GRANTED**          or          **DENIED**

As FOLLOWS _____

_____

Signed this  The _____ day of _____ ,2015.


_____
HONORABLE JUDGE PRESIDING

END OF PAGE 04- NOTHING TO FOLLOW